UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 15-47508-659 |
| LINDA M THAKE ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| **Debtor** ) | November 24, 2015  11:00 am |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. The set monthly payments to be made by the Trustee exceed the plan payment.
2. Debtors attorney elected the $4,000 flat fee option, but the 2016b states this does not cover all services that are required to be provided for the flat fee.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: October 28, 2015

OBJCONFAF--DSD

/s/ Diana S. Daugherty
Diana S. Daugherty MO36347
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

The undersigned hereby certifies that he served the above notice on this day of October 28, 2015, either through the Court's ECF system or by ordinary mail, postage pre-paid, addressed to:

/s/ Diana S. Daugherty

LINDA M THAKE
4058 HUMPHREY ST
SAINT LOUIS, MO  63116

ROSS H BRIGGS ATTY
4144 LINDELL BLVD
STE 202
ST LOUIS, MO  63108