# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: ) | |
| ) | |
| Linda M. Thake, *Debtor* ) | Case No. 15-47508-659 |
| ) | |
| ) | Chapter: 13 |
| ) | |
| ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR DOCUMENTS

COMES NOW the undersigned attorney of SouthLaw, P.C., and hereby enter their appearance on behalf of Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc., a creditor of the above-captioned Debtor. Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon Seterus, Inc. should be served on the undersigned attorney, SouthLaw, P.C., 13160 Foster Suite 100, Overland Park, KS 66213-2660.

SOUTHLAW, P.C.
*/s/ Wendee Elliott-Clement*_____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 192838
Case No: 15-47508-659

## CERTIFICATE OF MAILING/SERVICE

I certify that a true copy of the Attached Pleading was served either electronically or via first class mail on June 14, 2016 upon the following parties:

Linda M. Thake
4058 Humphrey Street
Saint Louis, MO  63116
**DEBTOR**

Ross H. Briggs
Briggs Law Center
4144 Lindell Blvd. Suite 202
St Louis, MO 63108
**ATTORNEY FOR DEBTOR**

John V. LaBarge, Jr.
P.O. Box 430908
St. Louis, MO  63143
**TRUSTEE**

Office of the United States Trustee
111 South 10th Street, Suite 6353
St. Louis, MO  63102
**U.S. TRUSTEE**

SOUTHLAW, P.C.
*/s/ Wendee Elliott-Clement*_____
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE #48812; EDMO #98415; KSFd #70587)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 192838
Case No: 15-47508-659