UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:<br>LINDA M THAKE<br>4058 HUMPHREY ST<br>SAINT LOUIS, MO  63116<br>    **Debtor** | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO: 15-47508-659<br><br>Chapter 13 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**

Comes now JOHN V. LABARGE, JR., Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that he has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| ROSS H BRIGGS ATTY<br>4144 LINDELL BLVD<br>STE 202<br>ST LOUIS, MO  63108 | 2,000.00 | 16/ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $166.67<br>INT RATE: 0.00 |
| CLERK, US BANKRUPTCY COURT<br>111 S 10TH ST 4TH FL<br>US BANKRUPTCY COURT<br>ST LOUIS, MO  63102 | 155.00 | 1/FILING FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ROSS H BRIGGS ATTY<br>4144 LINDELL BLVD<br>STE 202<br>ST LOUIS, MO  63108 | 2,000.00 | 25/ADDITIONAL ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| REGIONAL ACCEPTANCE CORP<br>PO BOX 1847<br>100-50-01-51/BANKRUPTCY SECT<br>WILSON, NC  27894-1847 | 3,686.05 | 20/Secured - Motor Vehicle<br>ACCT: 3865<br>COMM: #2/59MO/07 CALIBER<br>REG PYMT: $70.18<br>INT RATE: 4.75 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 2
CASE NO: **15-47508-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| SETERUS INC<br>PO BOX 1047<br>HARTFORD, CT  06143-1047 | 0.00 | 0/Home Mortgage Payment -- Outside<br>ACCT: 1698<br>COMM: D/T 4058 HUMPHREY ST<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SETERUS INC<br>PO BOX 1047<br>HARTFORD, CT  06143-1047 | 0.00 | 20/Mortgage Arrearage<br>ACCT: 1698<br>COMM: 48MO 4058 HUMPPHREY<br>REG PYMT: $320.85<br>INT RATE: 0.00 |
| INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA  19101-7317 | 1,302.74 | 30/Priority<br>ACCT: 1632<br>COMM: #1 11 14  INC TAX & INT<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO  65105-0475 | 484.55 | 40/Unsecured<br>ACCT: 1632<br>COMM: #13/11 INC<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AMERICAN EXPRESS<br>PO BOX 3001<br>C/O BECKET & LEE LLP<br>MALVERN, PA  19355-0701 | 0.00 | 40/Unsecured<br>ACCT: 3201<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ASHLEY FUNDING SVCS LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 1,057.66 | 40/Unsecured<br>ACCT: 8664<br>COMM: #7 TENET<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE<br>PO BOX 5155<br>C/O TSYS DEBT MGMT<br>NORCROSS, GA  30091 | 0.00 | 40/Unsecured<br>ACCT: 5476<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 3
CASE NO: **15-47508-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| CAPITAL ONE<br>PO BOX 5155<br>C/O TSYS DEBT MGMT<br>NORCROSS, GA  30091 | 0.00 | 40/Unsecured<br>ACCT: 7083<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE<br>PO BOX 5155<br>C/O TSYS DEBT MGMT<br>NORCROSS, GA  30091 | 0.00 | 40/Unsecured<br>ACCT: 2314<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CITIBANK<br>PO BOX 6189<br>SIOUX FALLS, SD  57117 | 0.00 | 40/Unsecured<br>ACCT: 0129<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD  57117 | 0.00 | 40/Unsecured<br>ACCT: 4600<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ASHLEY FUNDING SVCS LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 100.00 | 40/Unsecured<br>ACCT: 6397<br>COMM: #9 DES PERES<br>HOSP/TENET<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CENTRAL FINANCIAL CONTROL<br>PO BOX 66051<br>ANAHEIM, CA  92816 | 0.00 | 40/Unsecured<br>ACCT: 0580<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CHASE BANK<br>201 N WALNUT ST<br>WILMINGTON, DE  19801 | 0.00 | 40/Unsecured<br>ACCT: 0499<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                                Page 4
CASE NO: **15-47508-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| CHASE<br>PO BOX 15298<br>C/O CARDMEMBER SERV<br>WILMINGTON, DE  19850-5298 | 0.00 | 40/Unsecured<br>ACCT: 5499<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CONSECO<br>1400 TURBINE DR<br>RAPID CITY, SD  57701 | 0.00 | 40/Unsecured<br>ACCT: 9169<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CONTINENTAL FINANCE<br>PO BOX 8099<br>NEWARK, DE  19714-8099 | 0.00 | 40/Unsecured<br>ACCT: 1632<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LANE BRYANT<br>4590 E BROAD ST<br>COLUMBUS, OH  43213 | 0.00 | 40/Unsecured<br>ACCT: 0960<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 553.95 | 40/Unsecured<br>ACCT: 6251<br>COMM: #6 CREDIT ONE BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CSCOAS15<br>PO BOX 1022<br>WIXOM, MI  48393-1022 | 0.00 | 40/Unsecured<br>ACCT: 5139<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DELL FINANCIAL SVCS LP<br>PO BOX 10390<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0390 | 1,470.11 | 40/Unsecured<br>ACCT: 4886<br>COMM: #12<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS     Page 5
CASE NO: **15-47508-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | 0.00 | 40/Unsecured<br>ACCT: 3277<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107-0145 | 0.00 | 40/Unsecured<br>ACCT: 2444<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| GECRB/OLD NAVY<br>PO BOX 981400<br>EL PASO, TX 79998 | 0.00 | 40/Unsecured<br>ACCT: 9303<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| JB ROBINSON<br>375 GHENT RD<br>AKRON, OH 44333 | 0.00 | 40/Unsecured<br>ACCT: 4401<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| KAY JEWELERS<br>375 GHENT RD<br>AKRON, OH 44333 | 0.00 | 40/Unsecured<br>ACCT: 5277<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 858.89 | 40/Unsecured<br>ACCT: 4984<br>COMM: #5/LANE BRYANT/COMENITY BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC 29603-0587 | 0.00 | 40/Unsecured<br>ACCT: 1632<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 6
CASE NO: **15-47508-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 0.00 | 40/Unsecured<br>ACCT: 1632<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MAB<br>121 CONTINENTAL DR<br>NEWARK, DE  19713-4325 | 0.00 | 40/Unsecured<br>ACCT: 8692<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MERRICK BANK<br>PO BOX 10368<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0368 | 1,489.33 | 40/Unsecured<br>ACCT: 0913<br>COMM: #11<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MIDLAND FUNDING LLC<br>PO BOX 4457<br>C/O AMERICAN INFOSOURCE LP<br>HOUSTON, TX  77210-4457 | 0.00 | 40/Unsecured<br>ACCT: 1632<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MIDLAND STATES BANK<br>133 W JEFFERSON<br>EFFINGHAM, IL  62401 | 0.00 | 40/Unsecured<br>ACCT: 0725<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SSM ST CLARE HEALTH CTR<br>2250 E DEVON AVE STE 352<br>C/O MRSI<br>DES PLAINES, IL  60018 | 0.00 | 40/Unsecured<br>ACCT: 3715<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PAY PAL<br>PO BOX 45950<br>OMAHA, NE  68145 | 0.00 | 40/Unsecured<br>ACCT: 1632<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS                                                                       Page 7
CASE NO: **15-47508-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 656.24 | 40/Unsecured<br>ACCT: 5018<br>COMM: #4/HSBC BANK NV/CAPITAL ONE/PRA REC<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| REGIONAL ACCEPTANCE CORP<br>655 CRAIG RD<br>STE 348<br>ST LOUIS, MO  63141 | 0.00 | 40/Unsecured<br>ACCT: 6501<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST LOUIS UNIVERSITY HOSPITAL<br>3635 VISTA<br>ST LOUIS, MO  63110 | 0.00 | 40/Unsecured<br>ACCT: 1623<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| QVC<br>PO BOX 965005<br>ORLANDO, FL  32896 | 0.00 | 40/Unsecured<br>ACCT: 6885<br>COMM: SYNCB<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| JC PENNEY<br>PO BOX 103104<br>ROSWELL, GA  30076 | 0.00 | 40/Unsecured<br>ACCT: 8098<br>COMM: SYNCHRONY BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 400.52 | 40/Unsecured<br>ACCT: 4576<br>COMM: #8 TARGET<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| VISDSNB<br>9111 DUKE BLVD<br>MASON, OH  45040 | 0.00 | 40/Unsecured<br>ACCT: 7380<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**   Page 8
CASE NO: **15-47508-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| WEB BANK/DFS<br>1 DELL WAY<br>BLDG B<br>ROUND ROCK, TX 78682 | 0.00 | 40/Unsecured<br>ACCT: 4886<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WEBBANK-FINGERHUT<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303 | 0.00 | 40/Unsecured<br>ACCT: 0485<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| OAK HARBOR CAPITAL LLC<br>2001 WESTERN AVE #400<br>C/O WEINSTEIN & RILEY PS<br>SEATTLE, WA 98121 | 0.00 | 40/Unsecured<br>ACCT: 1632<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WEINSTEIN & RILEY PS<br>2001 WESTERN AVE<br>STE 400<br>SEATTLE, WA 98121 | 0.00 | 40/Unsecured<br>ACCT: 1632<br>COMM: PHARIA<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WEISFIELD JEWELERS<br>PO BOX 1799<br>STERLING JEWELERS INC<br>AKRON, OH 44309 | 0.00 | 40/Unsecured<br>ACCT: 5277<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WFF CARDS<br>3201 N 4TH AVE<br>SIOUX FALLS, SD 57104 | 0.00 | 40/Unsecured<br>ACCT: 0534<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WFFNB/LAZYBOY<br>PO BOX 94498<br>LAS VEGAS, NV 89193 | 0.00 | 40/Unsecured<br>ACCT: 6565<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**  Page 9
CASE NO: **15-47508-659**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| WFNNB<br>PO BOX 182789<br>COLUMBUS, OH  43218 | 0.00 | 40/Unsecured<br>ACCT: 0239<br>COMM: ASHLEY STEWART<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WFNNB LANE BRYANT<br>4590 E BROAD ST<br>COLUMBUS, OH  43213 | 0.00 | 40/Unsecured<br>ACCT: 0960<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ZALES<br>PO BOX 6497<br>SIOUX FALLS, SD  57117 | 0.00 | 40/Unsecured<br>ACCT: 7414<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| INTERNAL REVENUE SERV<br>PO BOX 7317<br>C/O MISSOURI CASES<br>PHILADELPHIA, PA  19101-7317 | 17.79 | 40/Unsecured<br>ACCT: 1632<br>COMM: #1 11 14 INC TAX PENALTY<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| COLLECTOR OF REVENUE<br>1200 MARKET ST RM 410<br>C/O CITY OF ST LOUIS<br>ST LOUIS, MO  63103 | 88.45 | 30/Priority<br>ACCT: X1632<br>COMM: #3/11,15 PP TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| COLLECTOR OF REVENUE<br>1200 MARKET ST RM 410<br>C/O CITY OF ST LOUIS<br>ST LOUIS, MO  63103 | 277.52 | 40/Unsecured<br>ACCT: X1632<br>COMM: #3/11,15 PP TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ASHLEY FUNDING SVCS LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 100.00 | 40/Unsecured<br>ACCT: 5219<br>COMM: #10 DES PERES HOSP/TENET<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS                                                          Page 10
CASE NO: **15-47508-659**

/s/ John V. LaBarge, Jr.
_____
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

Dated: 7/6/2016

STL_NTCPAYCLM -- LQ

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 07/06/2016.

/s/John V. LaBarge, Jr.
_____
John V. LaBarge, Jr.

Copy Mailed To:

LINDA M THAKE
4058 HUMPHREY ST
SAINT LOUIS, MO  63116