UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In:<br>Linda Thake )<br>   Debtor(s) )<br>)<br>U.S. Bank Trust N.A. )<br>   or its )<br>Successors and Assigns )<br>   Movant, )<br>v. )<br>)<br>Linda Thake ) | Case No.: **15-47508-659**<br>Chapter 13<br><br><br><br><br>Hearing Date and Time:1/22/18 at 10:00 am<br>Courtroom 7 North |

### DEBTOR'S RESPONSE TO MOTION OF US BANK TRUST N.A.

Comes Now Debtor by and through counsel, and in response to the Motion of Carrington Mortgage Services. Relief From Automatic Stay, states Debtor need more time to complete a loan modification.

*/s/Ross Briggs #2709 #31633*

Ross Briggs
Attorney at Law
4144 Lindell Ste 202
St Louis MO 63108
314-852-8293 Fax: 314-652-8202
r-briggs@sbcglobal.net

### CERTIFICATE OF SERVICE:

By my signature above it is certified that a copy of the above was served by ECF system and/or by First Class Mail, this ____ day of December, 2017 upon the Chapter 13 Trustee and Jonathon B. Burford Attorney for movant.

/s/ Ross H. Briggs