UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re<br><br>**Linda M. Thake, aka**<br>**Linda M. Mays, aka**<br>**Linda M. Buechner,**<br>Debtor.<br><br>**U.S. BANK TRUST NATIONAL**<br>**ASSOCIATION, AS TRUSTEE OF**<br>**BUNGALOW SERIES F TRUST,**<br>Movant.<br><br>v.<br><br>**Linda M. Thake, aka**<br>**Linda M. Mays, aka**<br>**Linda M. Buechner,**<br>Debtor,<br><br>and<br><br>**Diana S. Daugherty, Trustee.**<br>Respondents. | Case No. 15-47508-659<br><br>Chapter 13        #51<br><br>**MOTION FOR RELIEF FROM THE**<br>**AUTOMATIC STAY**<br><br>**MOVANT WAIVES 30 DAY HEARING**<br><br>Hearing Date: January 22, 2018<br>Hearing Time: 10:00 AM<br>Courtroom 7 North<br><br>Kozeny & McCubbin, LC<br>12400 Olive Blvd., Suite 555<br>St. Louis, MO 63141<br>(314) 991-0255<br>edmo@km-law.com |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Movant, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF

BUNGALOW SERIES F TRUST, and its principals successors and assigns, having

commenced a Motion seeking the termination of the automatic stay with regard to 4058

Humphrey St, Saint Louis, MO 63116, and more particularly described as:

`*KM11682897KM*`

**THE FOLLOWING DESCRIBED LOTS, TRACTS, OR PARCELS OF LAND, LYING, BEING AND SITUATE IN THE COUNTY OF ST. LOUIS CITY, AND STATE OF MISSOURI, TO WIT:**

**THE EASTERN 10 FEET OF LOT 16 AND THE WESTERN 20 FEET OF LOT 17 OF RUSSELL PLACE AND IN BLOCK 4150 OF THE CITY OF ST. LOUIS, TOGETHER FRONTING 30 FEET ON THE SOUTH LINE OF HUMPHREY STREET BY A DEPTH SOUTHWARDLY OF 124 FEET 4 1/2 INCHES TO A 15 FOOT WIDE ALLEY.**

**BEING THAT PARCEL OF LAND CONVEYED TO LINDA MAYS, A MARRIED PERSON, FROM LINDA THAKE, NKA LINDA MAYS, AND COSELLE MAYS, HUSBAND AND WIFE, ACTING INDIVIDUALLY AND PURSUANT TO WAIVER OF MARITAL RIGHTS/ASSENT AS TO EXECUTION OF DEED, BY THAT DEED DATED 08/25/2005 AND RECORDED 09/30/2005 IN DEED BOOK 9302005, AT PAGE 185 OF THE ST. LOUIS CITY, MO PUBLIC REGISTRY.**

**TAX MAP REFERENCE: 41500000400**

**COMMENTS: SCRIVENER`S ERROR AFFIDAVIT, RECORDED 11/15/2005, AT BOOK 11152005, PAGE 195 TO CORRECT THE BLOCK NUMBER IN THE LEGAL DESCRIPTION, AS IT APPEARS IN THE WARRANTY DEED RECORDED 05/13/2005, QUIT-CLAIM DEED RECORDED 09/30/2005, TWO DEEDS OF TRUST RECORDED 09/30/2005, AND MARITAL WAIVER RECORDED 09/30/2005.**

and it appearing that Movant is entitled to the relief requested in the motion, it is hereby

**ORDERED**, that said Motion be and it is hereby GRANTED, in that Movant, and its principals successors and assigns, are hereby authorized to immediately foreclose its security interest in Debtor`s real estate as referenced above pursuant to the terms and provisions of its deed of trust and the laws of Missouri pertaining thereto, and for such purposes the stays of 11 U.S.C. Sec. 362 are hereby terminated.  The recoverability of any fees and costs associated with this motion shall be determined in accordance with the contract agreement and applicable non-bankruptcy law.

**IT IS FURTHER ORDERED**, that Movant, and its principals successors and assigns, are hereby authorized to immediately pursue its state court remedies to recover

```
*KM11682897KM*
```

possession of the aforesaid real estate in accordance with the terms and provisions of its deed of trust and the laws of Missouri pertaining thereto, and for such purposes the stays of 11 U.S.C. Sec 362 are hereby terminated.

**IT IS FURTHER ORDERED**, that the Chapter 13 Trustee is directed to discontinue payment on all claims secured by the property against which relief from the automatic stay is granted in this Order.  The Trustee is directed to resume payment on such claims on notification pursuant to L.B.R. 3021-1 A.

**IT IS FURTHER ORDERED**, that this Court finds that Rule 4001(a)(3) is inapplicable and that Movant shall be allowed to immediately pursue its above referenced remedies.

**IT IS FURTHER ORDERED**, that Movant, and its principals successors and assigns, are hereby authorized to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement; and to contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

_____
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED:   January 25, 2018
St. Louis, Missouri
jjh

*KM11682897KM*

Respectfully submitted,

/s/Jonathon B. Burford
Jonathon B. Burford, #59337MO
Attorneys for Movant
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax:  (314) 567-8019
edmo@km-law.com

Copy mailed to:

Linda M. Thake
Debtor
4058 Humphrey St.
Saint Louis, MO 63116

Ross H. Briggs
Attorney for Debtor
4144 Lindell Blvd, Suite 202
St. Louis, MO 63108

Diana S. Daugherty
Trustee
PO Box 430908
St. Louis, MO 63143

U.S. Trustee
Office of the US Trustee
111 S. 10th St., Ste. 6.353
St. Louis, MO 63102

Jonathon B. Burford
Attorney for Movant
12400 Olive Blvd., Ste. 555
St. Louis, MO 63141

*KM11682897KM*